IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

**JACQUELINE RODGERS,**           :

     **Plaintiff,**           :

**vs.**           :           **CIVIL ACTION 09-0073-KD-M**

**EVERGREEN PIGGLY WIGGLY, INC.,**           :

     **Defendant.**           :

# JUDGMENT

It is **ORDERED**, **ADJUDGED**, and **DECREED** that this action be and is hereby **DISMISSED** without prejudice.

**DONE** and **ORDERED** this the **9th** day of **July 2009.**

                        /s/ Kristi K. DuBose
                        **KRISTI K. DuBOSE**
                        **UNITED STATES DISTRICT JUDGE**